IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:13cr73-MHT
                            )            (WO)
TERRANCE TYRONE SIMS        )
```

ORDER

Now before the court is the Retroactivity Screening Panel's recommendation (doc. no. 164), in which the Panel states that it cannot reach a unanimous decision and recommends that the court appoint counsel and hold a hearing on whether the defendant should receive a sentence reduction.  As defendant Terrance Tyrone Sims would benefit from counsel to represent him on this matter, it is ORDERED that the clerk of the court is to arrange for the appointment of counsel for defendant Sims.

DONE, this the 12th day of February, 2016.

_ /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE